Jonathan Charles MEADE,
Plaintiff–Appellant,

v.

Captain NORRIS, Defendant–Appellee.

No. 15–7369.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 17, 2016.

Decided: March 21, 2016.

Jonathan Charles Meade, Appellant Pro
Se.

Before WILKINSON, NIEMEYER,
and KING, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Jonathan Charles Meade appeals the
district court's order dismissing his 42
U.S.C. § 1983 (2012) complaint for failure
to state a claim upon which relief may be
granted. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Meade v. Norris,* No. 2:15–
cv–00319–RAJ–LRL (E.D.Va. July 30,
2015). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore this court and argument would not aid
the decisional process.

*AFFIRMED.*